### Ex parte HORACE THAMES et al.

No. A-6013.  Opinion Filed Jan. 19, 1929.
(273 Pac. 380.)

C. E. B. Cutler, for petitioners.

Edwin Dabney, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  This is an original application of Horace Thames and Charles Tricart to be admitted to

bail. At the time of filing the application, petitioners were admitted to bail.

The questions raised by the application have become moot, and the case is dismissed.